UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LANEY MARIE GRINER, individually and as parent and guardian of minor S.G., <br><br> Plaintiff, <br> vs. <br><br> JAKE'S FIREWORKS, INC., BULLSEYE FW, INC. and BULLSEYE RETAIL, INC., <br><br> Defendants. | CASE NO. 6:15-cv-162-Orl-22DAB |

## CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION

THIS CAUSE is before the Court upon the Parties' JOINT MOTION FOR ENTRY OF CONSENT FINAL JUDGMENT AND PERMANENT INJUNCTION. Plaintiff LANEY MARIE GRINER and Defendants JAKE'S FIREWORKS, INC., BULLSEYE FW, INC. and BULLSEYE RETAIL, INC. have agreed to terms and conditions representing a negotiated settlement of this action, have set forth those terms and conditions in a Confidential Settlement Agreement, and have consented to the entry of this Judgment. The Court having jurisdiction over the parties and the subject matter of this action, and having considered the joint motion and being fully advised in the premises hereby enters this Consent Final Judgment and Permanent Injunction:

1. Defendants JAKE'S FIREWORKS, INC., BULLSEYE FW, INC. and BULLSEYE RETAIL, INC. and their respective owners, directors, officers, employees, and affiliates, are hereby PERMANENTLY ENJOINED from using the likeness of Sammy Griner for any commercial purpose or use that suggests endorsement, sponsorship or affiliation with any business or product, or for any use which disparages Plaintiff or Sammy Griner.

2. Defendants JAKE'S FIREWORKS, INC., BULLSEYE FW, INC. and

BULLSEYE RETAIL, INC. and their respective owners, directors, officers, employees, and affiliates, are hereby PERMANENTLY ENJOINED from reproducing, displaying, distributing, or make derivatives of the original work entitled *Success Kid* that is the subject of United States Copyright Registration No. VA 1 810 362 (herein "the *Success Kid* Work") for any commercial purpose or use that suggests endorsement, sponsorship or affiliation with any business or product, or for any use which disparages Plaintiff or Sammy Griner.

3. Defendants JAKE'S FIREWORKS, INC., BULLSEYE FW, INC. and BULLSEYE RETAIL, INC. and their respective owners, directors, officers, employees, and affiliates, SHALL permanently remove the *Success Kid* Work and the likeness of Sammy Griner from all products in their possession or control, including the "X100 Series" and "X200 Series" of fireworks sold under the name "Back Off".

4. Defendants JAKE'S FIREWORKS, INC., BULLSEYE FW, INC. and BULLSEYE RETAIL, INC. and their respective owners, directors, officers, employees, and affiliates, SHALL remove the *Success Kid* Work and the likeness of Sammy Griner from all advertising and marketing materials in their possession or control.

5. Subject to the injunctive relief provided herein and the Parties' settlement agreement, the entry of this Order is intended to finally resolve this case. Accordingly, Judgment is hereby entered in favor of Plaintiff and against Defendants on Plaintiffs' claims. Each party shall bear its own attorney's fees and costs.

DATED this 14th day of August, 2015.

The Honorable Anne C. Conway
Chief United States District Court Judge